| | |
|---|---|
| Brian J. Lawler SBN 221488<br>**PILOT LAW, P.C.**<br>4632 Mt. Gaywas Drive<br>San Diego, CA 92117<br>Tel: (619) 255-2398<br>Email: blawler@pilotlawcorp.com | Gene. J Stonebarger, SBN 209461<br>**STONEBARGER LAW, APC**<br>101 Parkshore Dr., Ste 100<br>Folsom, CA 95630<br>Tel: 916-235-710<br>Email: gstonebarger@stonebargerlaw.com |
| Kevin L. Wilson (*Pro Hac Vice*)<br>**KEVIN WILSON LAW PLLC**<br>3110 Horton Avenue<br>Louisville, KY 40220<br>Tel: (502) 276-5050<br>Email: kevin@klwilsonlaw.com | Timothy A. Loranger, SBN 225422<br>Matthew P. French, SBN 327814<br>**WISNER BAUM**<br>11111 Santa Monica Blvd., Ste 1750<br>Los Angeles, CA 90025<br>Tel: (310) 207-3233<br>Email: tloranger@wisnerbaum.com<br>Email: mfrench@wisnerbaum.com |

*Counsel for Plaintiff*

| | | |
|---|---|---|
| DAVID CRAIG, | ) | Case No.:  2:23-cv-06581-SVW-SSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S EXHIBIT LIST** |
| vs. | ) | |
| | ) | |
| | ) | Pretrial Conference: August 18, 2025 |
| CITY OF LOS ANGELES, et al., | ) | Trial: August 26, 2025 |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Local Rule 16-6 and Rule 26(a)(3)(A)(iii) of the Federal Rules of Civil Procedure, Plaintiff David Craig ("Plaintiff") submits his Exhibit List in advance of the Final Pretrial Conference. Because Defendant did not adequately meet and confer with Plaintiff pursuant to Local Rule 16-2 before the deadline to file the instant Exhibit List, Plaintiff submits this Exhibit List for himself which is substantially similar to Defendant's Witness list. Plaintiff is awaiting further documents and information from Defendant in response to Plaintiffs' discovery requests, and will amend this Witness List upon receipt of the additional responsive information.

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Plaintiff's TEAMs Report | | |
| 2 | Plaintiff's Personnel Package | | |
| 3 | 2020 Police Captain Task Statements | | |
| 4 | 2020 Job Bulletins for Police Captain | | |
| 5 | Eligible List for Police Captain dated 4-28-2021 | | |
| 6 | Plaintiff's Divisional Package | | |
| 7 | Plaintiff's Payroll History | | |
| 8 | Plaintiff's Organizations History | | |
| 9 | Plaintiff's Complaint History | | |
| 10 | Plaintiff's Military Information | | |
| 11 | LAPD Military Liaison Officer Program Reference Guide | | |
| 12 | Intradepartmental Correspondence regarding military service dated April 3, 2025 | | |
| 13 | Certification List in response to Requisition No. 21-00606 for POLICE CAPTAIN | | |

| | | | | |
|---|---|---|---|---|
| 14 | Certification List in response to Requisition No. 21-00856 for POLICE CAPTAIN | | | |
| 15 | Certification List in response to Requisition No. 21-01116 for POLICE CAPTAIN | | | |
| 16 | Certification List in response to Requisition No. 22-00241 for POLICE CAPTAIN | | | |
| 17 | Certification List in response to Requisition No. 22-00789 for POLICE CAPTAIN | | | |
| 18 | Certification List in response to Requisition No. 22-01575 for POLICE CAPTAIN | | | |
| 19 | Certification List in response to Requisition No. 22-02878 for POLICE CAPTAIN | | | |
| 20 | Certification List in response to Requisition No. 23-00371 for POLICE CAPTAIN | | | |
| 21 | Certification List in response to Requisition No. 23-01092 for POLICE CAPTAIN | | | |
| 22 | Complaint Investigation IA CF #23-002637 | | | |

| # | Exhibit | | |
|---|---|---|---|
| 23 | Memorandum of Understanding No. 24, July 1, 2014 through June 30, 2018* | | |
| 24 | Memorandum of Understanding No. 24, August 1, 2019 through June 29, 2024* | | |
| 25 | Memorandum of Understanding No. 24, July 2, 2023 through June 26, 2027* | | |
| 26 | LAPD Manual Volume 2 Section 092.70 | | |
| 27 | Los Angeles Charter, Volume II, Article X, Section 1004 | | |
| 28 | Rules of the Board of Civil Service Commissioner, Rule 5 | | |
| 29 | Policies of Personnel Department, Section 13 | | |
| 30 | Policies of Personnel Department, Section 12 | | |
| 31 | Police Captain Class Specification | | |
| 32 | Memorandum of Understanding No. 25, August 1, 2019 through September 4, 2027* | | |
| 33 | City of Los Angeles Handbook for City Employees, Revised December 2019* | | |

| | | | |
|---|---|---|---|
| 34 | Emails exchanged between David Craig, Julius Guay, Eric Quan, and other unknown recipients, on September 22, 2022 and September 23, 2022 | | |
| 35 | Email from Kristin Humphris to Eric Quan dated July 25, 2025 | | |
| 36-100 | Reserved pending LAPD's production of further documents and responses pursuant to FRCP Rules 26, 37 and 56(d) | | |

Because Defendant did not adequately meet and confer with Plaintiff pursuant to Local Rule 16-2 before the deadline to file the instant Exhibit List; and because Defendant has failed and refused to produce documents and information responsive to Plaintiff's discovery requests, Plaintiff reserves the right to amend this Exhibit List at any time before the pretrial conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: July 28, 2025 | By: *s/ Brian J. Lawler* <br> Brian J. Lawler <br> **PILOT LAW, P.C.** <br> 4632 Mt. Gaywas Drive <br> San Diego, CA 92117 <br> Tel: 619-255-2398 <br> Email: blawler@pilotlawcorp.com <br><br> Gene J. Stonebarger <br> **STONEBARGER LAW, APC** <br> 101 Parkshore Dr., Suite 100 <br> Folsom, CA 95630 <br> Tel: 916-235-7140 <br> Email: gstonebarger@stonebargerlaw.com <br><br> Kevin L. Wilson (*pro hac vice*) <br> **KEVIN WILSON LAW PLLC** <br> 3110 Horton Avenue <br> Louisville, KY 40220 <br> Telephone: 502-354-3330 <br> Email: kevin@kwilsonlaw.com <br><br> Timothy A. Loranger, SBN 225422 <br> Matthew French, SBN 327814 <br> **WISNER BAUM** <br> 11111 Santa Monica Blvd., Ste 1750 <br> Los Angeles, CA 90025 <br> Tel: (310) 207-3233 <br> Email: tloranger@wisnerbaum.com <br> Email: mfrench@wisnerbaum.com <br><br> Attorneys for Plaintiff |

# **CERTIFICATE OF SERVICE**

On July 28, 2025, I caused to be served upon counsel of record, at the address stated below, via electronic mail, a true and correct copy of the foregoing document.

HYDEE FELDSTEIN SOTO,
City Attorney (SBN 106866)
DENISE C. MILLS,
Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY,
Chief Assistant City Attorney (SBN212289)
ANETA FREEMAN,
Managing Assistant City Attorney (SBN 196624)
M. AARON NEISHLOS,
Deputy City Attorney (SBN 338942)
aaron.neishlos@lacity.org
City Hall East, 7thFloor
200 North Main Street
Los Angeles, California 90012
Tel.: (213) 978-1792
Fax: (213) 978-8216

Attorneys for Defendant

                                              /s/ Brian J. Lawler_____
                                              Brian J. Lawler